# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Katharyn Sophia ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:17-cv-1094-RMG |
| Bradford V Buchanan, Jr ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

■ the plaintiff  Katharyn Sophia  recover from the defendant  Bradford V. Buchanan, Jr.  the amount of Seven Hundred Seventy-Three Thousand Four Hundred Twenty-One and 37/100  dollars ($ 773,421.37 ), which includes an Award of Damages of Seven Hundred Fourteen Three Hundred Eighty and 89/100 dollars ($ 714,380.89 ), and prejudgment interest of  Fifty-Nine Thousand Forty and 48/100 dollars ($ 59,040.48 ), plus postjudgment interest at the rate of  2.34  %, along with costs.

This action was

■ tried by the Honorable Richard M. Gergel, United States District Judge  presiding, without a jury and the above decision was reached.

Date:   June 21, 2018                                               *CLERK OF COURT*    Robin L. Blume

                                                                                              s/S. Shealy
                                                                              _____
                                                                                *Signature of Clerk or Deputy Clerk*